**95–1724.  State v. Knotts.**
Mercer App. No. 10–94–22.  This cause is pending before the court as an appeal from the Court of Appeals for Mercer County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective October 8, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–1718.  State ex rel. GZK, Inc. v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 93APD03–323.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  It appears from the records of this court that appellant has not filed a merit brief, due September 30, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective October 8, 1996.

**96–1998.  Ferguson v. Nationwide Prop. & Cas. Co.**
Franklin App. No. 96APE01–82.  This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective October 8, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2154.  State ex rel. Oberer Dev. Co. v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 16075.  This cause is here on cross-appeal from the Court of Appeals for Montgomery County.  Upon consideration of cross-appellants' motion to stay briefing and consideration of cross-appeal and request for leave to dismiss cross-appeal,

IT IS ORDERED by the court that the request for leave to dismiss cross-appeal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, October 10, 1996*

## DISCIPLINARY DOCKET

**92–1392.  Columbus Bar Assn. v. Potts.**
On December 14, 1992, this court indefinitely suspended respondent, Byron L. Potts.  On March 31, 1995, respondent filed a petition for reinstatement, and on June 26, 1996, the Board of Commissioners on Grievances and Discipline filed a certified report with the court recommending that respondent be reinstated on conditions.  On August 1, 1996, relator, Columbus Bar Association, filed objections to the board report.  On August 5, 1996, respondent filed a motion for leave to file a reply brief to relator's objections.  Upon consideration thereof,

IT IS ORDERED by the court that the motion for leave be, and is, hereby, granted.  It is further ordered that respondent shall file his reply brief on or before ten days from the date of this order.